# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146847

VINCENT BURGESS,
        Claimant-Appellant,

v

PEOPLES TRUST CREDIT UNION,
        Respondent-Appellee,

and

DEPARTMENT OF LICENSING AND
REGULATORY AFFAIRS / UNEMPLOYMENT
INSURANCE AGENCY,
        Appellee.

SC: 146847
COA: 310852
Wayne CC: 11-012104-AE

_____/

      On order of the Court, the application for leave to appeal the March 7, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2013 _____



p0617

                             Clerk